No. 80–1287. INEXCO OIL CO. *v.* WALTERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1288. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* IBERIA AIR LINES OF SPAIN. C. A. 2d Cir. Certiorari denied.

No. 80–1292. JOHNSON ET AL. *v.* TRUEBLOOD ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–1293. JOHN L. SCHULZ PLUMBING & HEATING *v.* PRATTE ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–1307. CAMACHO *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 80–1327. HUNTER *v.* NEW YORK STATE DEPARTMENT OF CIVIL SERVICE ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–1337. McCORSTIN *v.* U. S. DEPARTMENT OF LABOR ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1351. BERAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–1352. BOLLOTIN *v.* KAUFMAN, TAYLOR, KIMMEL & MILLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1371. WEGNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1378. CASAREZ-ULLOA, AKA MOLINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.